| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HE HUANG,                                    )
                                             )
        Plaintiff,                           )   Case No. 06-6317 MHP
                                             )
    v.                                       )
                                             )
MICHAEL CHERTOFF, Secretary of the           )   **STIPULATION TO DISMISS AND**
Department of Homeland Security;             )   **[PROPOSED] ORDER**
EMILIO T. GONZALES, Director, U.S.           )
Citizenship and Immigration Services,        )
DAVID STILL, Director, San Francisco District)
Office, U.S. Citizenship and Immigration Services;)
ROBERT S. MUELLER, Director of               )
Federal Bureau of Investigation,             )
                                             )
        Defendants.                          )
                                             )

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-6317 MHP

| | | |
|---|---|---|
| 1 | Date: December 7, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 7, 2006

/s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/13/06

MARILYN HALL PATEL
United States District Judge

Stip. to Dismiss
C 06-6317 MHP                                    2